# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| DARAMIC LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICROPOROUS LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | **Civil Action No. 3:17-cv-00074-RJC-DSC** |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Marc J. Rachman and Claudia G. Cohen]" (documents ##9 and 10). For the reasons stated therein, the Motions are <u>granted</u>.

**SO ORDERED.**

Signed: July 3, 2017

David S. Cayer
United States Magistrate Judge