# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| DARAMIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br><br> MICROPOROUS, LLC, <br><br> Defendant. | **Civil Action No. 3:17-cv-00074-RJC-DSC** |

## ORDER

**THIS MATTER** is before the Court on Defendant's "Motion to Dismiss … or, in the Alternative, to Stay Proceedings" (document #14) filed July 25, 2017, Plaintiff's "First Amended Complaint" (document #24) filed August 15, 2017, and Defendant's "Suggestion of Mootness and Alternative Notice of Withdrawal of Motion to Stay Proceedings" (document #26) filed August 22, 2017. This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one (21) days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). The Rule further provides that leave to amend shall be freely given "when justice so requires." Id.

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

Plaintiff filed its First Amended Complaint within twenty-one days of the filing of Defendant's dispositive Motion. As Defendant concedes, its Motion is moot.

**IT IS THEREFORE ORDERED** that:

1. Defendant's "Motion to Dismiss … or, in the Alternative, to Stay Proceedings" (document #14) is administratively **DENIED** as moot without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: September 6, 2017

David S. Cayer
United States Magistrate Judge